**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brenda C Giresi** | Social Security number or ITIN  **xxx–xx–7582** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **16–33744–VFP**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda C Giresi
aka Brenda C Smith

3/17/17

**By the court:**   Vincent F. Papalia
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318         **Order of Discharge**         page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-33744-VFP
Brenda C Giresi                                                 Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Mar 17, 2017
                               Form ID: 318                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2017.
db             +Brenda C Giresi,    12 A Tranquility Farm Lane,    Andover, NJ 07821-2288
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516547257      +Alan Strelzik, Esq,    40 Park Place,   Newton, NJ 07860-1747
516547258       Atlantic Health System,    PO Box 35610,   Newark, NJ 07193-5611
516547259       B&B Collections, Inc.,    PO Box 2137,   Toms River, NJ 08754-2137
516547263      +CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
516547262       Cabela’s Club Visa,    PO Box 82519,   Lincoln, NE 68501-2519
516547269      +Dr. Walter Gang,    8 Lenape Road,   Andover, NJ 07821-4589
516547271     ++GASTROENTEROLOGY ASSOCIATES OF NORTH JERSEY,    369 WEST BLACKWELL STREET,    DOVER NJ 07801-2545
                (address filed with court: Gastroenterology Assoc. of North Jersey,    Ste 4,
                369 West Blackwell St,    Dover, NJ 07801)
516547272      +Hogarth Emergency Physicians,    c/o NCC,   245 Main Street,   Scranton, PA 18519-1641
516547274      +Lyons, Doughty and Veldhuis, P.C.,    136 Gaither Drive Suite 100,   PO Box 1269,
                Mount Laurel, NJ 08054-7269
516547280     ++NORTHWEST RADIOLOGY ASSOCIATES,    45 PINE STREET SUITE 8,   ROCKAWAY NJ 07866-3149
                (address filed with court: Northwest Radiology Associates,    41 Pine Street,   Suite 102,
                Rockaway, NJ 07866)
516547278       Newton Emergency Medical Assoc,    PO Box 417442,   Boston, MA 02241-7442
516547279      +Newton Medical Center,    PO Box 36458,   Newark, NJ 07188-6406
516547281       Overlook Medical Center,    PO Box 35611,   Newark, NJ 07193-5611
516547282      +Overlook Medical Center,    99 Beauvoir Ave,   Summit, NJ 07901-3595
516547284       Portfolio Recovery Associates,    Riverside Commerce Center,   Norfolk, VA 23502-4932
516547286       Pressler and Pressler, L.L.P,    7 Entin Rd.,   Parsippany, NJ 07054-5020
516547287      +Radiological Assoc of NNJ,    PO Box 10728,   Lancaster, PA 17605-0728
516547288      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
516547290      +Richard Krieg,    17 Prospect Street,   Morristown, NJ 07960-6862
516547296      +Worlds Foremost Bank N,    4800 NW 1st St, Ste 300,   Lincoln, NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 17 2017 22:37:33     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 17 2017 22:37:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516547256      +E-mail/Text: mreed@affcollections.com Mar 17 2017 22:37:34
                Accurate Collection Services, LLC,    17 Prospect Street,   Morristown, NJ 07960-6862
516547260       EDI: BANKAMER.COM Mar 17 2017 22:28:00      Bank of America,   PO Box 15719,
                Wilmington, DE 198865719
516547261      +E-mail/Text: banko@berkscredit.com Mar 17 2017 22:37:21     Berks Credit & Collection,
                900 Corporate Dr,    Reading, PA 19605-3340
516547266      +EDI: CKSFINANCIAL.COM Mar 17 2017 22:28:00     CKS Financial,   PO Box 2856,
                Chesapeake, VA 23327-2856
516547264      +E-mail/Text: bankruptcy@certifiedcollection.com Mar 17 2017 22:37:25
                Certified Credit & Collection Bureau,    PO Box 336,   Raritan, NJ 08869-0336
516547265       EDI: CITICORP.COM Mar 17 2017 22:28:00     Citibank,   PO Box 6241,
                Sioux Falls, SD 57117-6241
516547267       EDI: WFNNB.COM Mar 17 2017 22:28:00     Comenity Bank,   PO Box 659465,
                San Antonio, TX 78265-9465
516547268       EDI: DISCOVER.COM Mar 17 2017 22:28:00     Discover Financial Service LLC,   PO Box 15316,
                Wilmington, DE 19850-5316
516547270       EDI: WFNNB.COM Mar 17 2017 22:28:00     Fashion Bug,   PO Box 84073,   Columbus, GA 31908-4073
516547275      +EDI: MID8.COM Mar 17 2017 22:28:00     Midland Credit Management,   8875 Aero Drive,
                Suite 200,    San Diego, CA 92123-2255
516547276      +EDI: MID8.COM Mar 17 2017 22:28:00     Midland Funding LLC,   8875 Aero DR,   Suite 200,
                San Diego, CA 92123-2255
516547277      +EDI: MID8.COM Mar 17 2017 22:28:00     Midland Funding LLC,   PO Box 60578,
                Los Angeles, CA 90060-0578
516547285       EDI: PRA.COM Mar 17 2017 22:28:00     Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541
516547283      +EDI: PRA.COM Mar 17 2017 22:28:00     Portfolio Recovery Assiociates,   140 Corporate BLVD,
                Norfolk, VA 23502-4952
516547292      +E-mail/Text: bankruptcy@savit.com Mar 17 2017 22:38:07     Savit Collection Agency,
                PO Box 250,    East Brunswick, NJ 08816-0250
516654641      +EDI: RMSC.COM Mar 17 2017 22:28:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516547293      +EDI: WTRRNBANK.COM Mar 17 2017 22:28:00     TD Bank USA/Target Credit,   PO Box 673,
                Minneapolis, MN 55440-0673
516547294      +EDI: WFFC.COM Mar 17 2017 22:28:00     WFFNATBANK,   PO Box 94498,   Las Vegas, NV 89193-4498
516547295       EDI: WFNNB.COM Mar 17 2017 22:28:00     World Financial Network National Bank,   PO Box 182124,
                Columbus, OH 43218-2124
                                                                                              TOTAL: 21
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 17, 2017
                              Form ID: 318             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516547291         Sa-Vit Collection Agency
516547273         landlord
516547289*       +Remex Inc.,    307 Wall St,    Princeton, NJ 08540-1515
                                                                                            TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Brenda C Giresi joan@joanlaverylaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 4
```